**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 25-1689**

───────────────

ANDREA SCOTT,

        Petitioner,

   v.

FEDERAL AVIATION ADMINISTRATION,

        Respondent.

───────────────

On Petition for Review of an Order of the Federal Aviation Administration.  (2025-02)

───────────────

Submitted:  November 20, 2025               Decided:  November 24, 2025

───────────────

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Andrea Scott, Petitioner Pro Se.  Margaret McGuire Murphy, Office of Chief Counsel, Aviation Litigation Division, FEDERAL AVIATION ADMINISTRATION, Jamaica, New York, for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrea Scott petitions for review of a decision of the Federal Aviation Administration ("FAA") affirming the administrative law judge's determination that Scott interfered with the ability of crewmembers to perform their duties aboard an aircraft but reversing the administrative law judge's decision as to the imposed civil penalty. We deny the petition for review.

In petitions for review of a final order of the FAA, "[f]indings of fact by the . . . Administrator[,] . . . if supported by substantial evidence, are conclusive." 49 U.S.C. § 46110(c). "The Supreme Court has defined substantial evidence as more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Almy v. Sebelius*, 679 F.3d 297, 301 (4th Cir. 2012) (internal quotation marks omitted). "In reviewing for substantial evidence, we do not undertake to re-weigh conflicting evidence, make credibility determinations, or substitute our judgment for that of the [Administrator]." *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir. 1996). When the record evidence could allow reasonable minds to differ as to whether a claimant qualifies for relief, "the responsibility for that decision falls on the [Administrator]." *Id*. (internal quotation marks omitted).

Additionally, this court will set aside only agency action that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706. This review "is highly deferential, with a presumption in favor of finding the agency action valid." *Almy*, 679 F.3d at 302 (internal quotation marks omitted). "In practice, an action will not be considered arbitrary and capricious so long as the agency has examined

2

the relevant data and provided an explanation of its decision that includes a rational connection between the facts found and the choice made." *Id.* (internal quotation marks omitted).

Our review of the record confirms that substantial evidence supports the Administrator's decision and that there is otherwise no reversible error. We further find that the Administrator's determination regarding the imposed civil penalty complies with the relevant authorities and is factually justified. Accordingly, we deny the petition for review. *Scott v. FAA*, No. 2025-02 (FAA Apr. 23, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*